# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES EARL

NO. 2023 KW 0380

**JULY 5, 2023**

---

In Re:   James Earl, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 11-CR4-112566.

---

**BEFORE:   LANIER, HESTER, AND MILLER, JJ.**

　　　**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a file-stamped copy of the application for postconviction relief, the applicable district court's ruling, the State's response, if any, the bill of information, the commitment order, pertinent district court minutes, and any other portion of the district court record that might support the claims raised in the writ application. Therefore, this court cannot adequately review the ruling at issue herein. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

　　　　　　　　**WIL**
　　　　　　　　**CHH**
　　　　　　　　**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
　　FOR THE COURT